1  Richard Tolles, State Bar No. 78948
   LAW OFFICE OF RICHARD TOLLES
2  600 West Broadway, Suite 500
   San Diego, California 92101
3  Telephone:  (619) 373-0020
   Cell:  (619) 508-3458
4  Facsimile: (619) 489-0416
   Email: Tolleslaw@outlook.com
5
   TIMOTHY P. GARREN, D.C. Bar No. 475190, S.C. Bar No. 2357
6  Appearing *Pro Hac Vice*
   Law Offices of Timothy Garren
7  6430 Hitt Avenue
   McLean, VA 22101
8  Telephone:  (703) 789-6133
   Email:  tbgarren@hotmail.com
9

10  Attorneys *for Individual Defendant* Justin Tackett

11

12              **UNITED STATES DISTRICT COURT**

13         **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| THE ESTATE OF VALERIA TACHIQUIN ALVARADO by its personal representative, GILBERT ALVARADO, et al., | Case No. 13-cv-1202 W (JMA) |
| Plaintiffs, | **TABLE OF CONTENTS FOR EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT JUSTIN TACKETT** |
| v. | |
| JUSTIN CRAIG TACKETT, ALEX ROOZEN, STEPHANIE SHAVATT, AND THE UNITED STATES, | |
| Defendants. | |

27                                1                          13-cv-1202 W (JMA)

28  TALBE OF CONTENTS FOR EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY
    JUDGMENT BY DEFENDANT JUSTIN TACKETT

1

## <u>TABLE OF CONTENTS FOR EXHIBITS</u>

2

**Page**

3   Exhibit A:   Ibarra Deposition…………...…………….…………….…...1

4   Exhibit B:   Lindberg Deposition……………..……………….…….........31

5   Exhibit C:   Diaz Deposition……………………….…………….…..82

6   Exhibit D:   Cacho Deposition…………………….………..…………...107

7   Exhibit E:   Tackett Deposition …………………………………......122

8   Exhibit F:   Tackett Declaration and Interview……………………..…..155

9   Exhibit G:   Sanchez Deposition……………………..…………….225

10   Exhibit H:   Roozen Deposition…………………………………….......242

11   Exhibit I:   Herrera Deposition…..…………………………..………319

12   Exhibit J:   Frando Deposition.……………….......…………………..328

13   Exhibit K:   Gutierrez Deposition………………………………………...342

14   Exhibit L:   Tachiquin 2011 Arrest Documents……………………..............354

15   Exhibit M:   Criminal History: Oscar Castellanos and John Gutierrez...…………361

16   Exhibit N:   Tachiquin 2011 conviction record ......…………………….374

17   Exhibit O:   Transcript of Tackett Call to Border Patrol Communications..........378

18   Exhibit P:   Hoyos Deposition…………………………….…………380

19   Exhibit Q   Vargas Deposition..…………………………….………..410

20   Exhibit R:   Flores Deposition ……………………………………......445

21   Exhibit S:   Tachiquin Autopsy Report…………………………...463

22   Exhibit T:

23    Part 1:  Defendants' Shooting Expert, Michael Haag, Report (pp. 1-18)………490

24    Part 2:  Defendants' Shooting Expert, Michael Haag, Report (pp. 19-33)……..509

25    Part 3:  Defendants' Shooting Expert, Michael Haag, CV……………………..525

26

27

28   TALBE OF CONTENTS FOR EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT BY DEFENDANT JUSTIN TACKETT

1

Exhibit U:    Ashby Deposition..……………………………………….…………546

Exhibit V:    Guilbeau Deposition……….…………………………………......576

Exhibit W:   Alvarado Deposition……….……………………………………...610

Exhibit X     Tachiquin 2000 Criminal Complaint……………………...........622

Exhibit Y:    Tachiquin 2004 Criminal Complaint and Guilty Plea........................628

Exhibit Z:    Mark Kalish, M.D., Expert Report…………………………….....638

Exhibit AA: Plaintiff's Shooting Expert, Lance Martini, Report…..………..……..652

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13-cv-1202 W (JMA)

TALBE OF CONTENTS FOR EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT BY DEFENDANT JUSTIN TACKETT