EUGENE G. IREDALE: SBN 75292
JULIA YOO:  SBN 231163
GRACE JUN, SBN 287973
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525   FAX: (619) 233-3221

Attorneys for Plaintiffs

DAVID B. WALLACE
Assistant U.S. Attorney
Cal. State Bar No. 172193
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7669
Facsimile: (619) 546-7751
Email: dave.wallace@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF VALERIA TACHIQUIN ALVARADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN CRAIG TACKETT, *et al.*, <br><br> Defendants. | CASE NO. 13CV1202W (LL) <br><br> **JOINT MOTION TO DISMISS WITH PREJUDICE** |

1  COME NOW the parties, by and through their attorneys of record, and
2  respectfully submit this joint motion to dismiss all claims asserted by the Plaintiffs
3  in this lawsuit with prejudice.  Each party is to bear their own costs and fees.  The
4  parties request that the Court retain jurisdiction over the terms of the Minors'
5  Compromise.

Respectfully submitted,

DATED: December 19, 2019          IREDALE & YOO

*s/ Julia Yoo*
EUGENE G. IREDALE
JULIA YOO
GRACE JUN
Attorneys for Plaintiffs


DATED: December 19, 2019          Robert S. Brewer, Jr.
                                  United States Attorney

 *s/ David B. Wallace*
DAVID B. WALLACE
Assistant United States Attorneys
Attorneys for Defendant
UNITED STATES OF AMERICA

////

////

////

////

////

////

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document are acceptable to David Wallace, counsel for Defendant United States of America, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: December 19, 2019        *s/ Julia Yoo*
                                JULIA YOO
                                Attorney for Plaintiffs