*Estate of Valeria Tachiquin Alvarado et al. v. United States et al.*
U.S. District Court, So. Dist. Calif. Case No.13-CV-1202- LL

## PROOF OF SERVICE

I, Julia Yoo, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 105 West F Street, Fourth Floor, San Diego, California 92101.

On December 19, 2019, I caused the following document(s) to be served:

1. **Joint Motion to Dismiss with Prejudice**

[ **X** ]  (By **ELECTRONIC FILING**) I served each of the above referenced document(s) by E-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California which will send notification of such filing to the interested parties.

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2019 in San Diego, California.

*/s/ Julia Yoo*
JULIA YOO

*Estate of Valeria Tachiquin Alvarado et al. v. United States et al.*
U.S. District Court, So. Dist. Calif. Case No.13-CV-1202- LL

| Dianne Schweiner<br>Office of the U.S. Attorney, Civil Division<br>880 Front St # 6293<br>San Diego, CA 92101<br>Telephone: (619) 546-7478<br>Facsimile: (619) 546-7751<br>Email: dianne.schweiner@usdoj.gov | Richard Tolles<br>Law Office of Richard Tolles<br>600 W Broadway, Ste. 500<br>San Diego, CA 92101<br>Telephone: (619) 373-0020<br>Facsimile: (619) 489-0416<br>Email: tolleslaw@outlook.com |
|---|---|
| Timothy P. Garren<br>Law Office of Timothy P. Garren<br>6430 Hitt Avenue<br>McLean, VA 22101<br>Telephone: (703) 789-6133<br>Email: tbgarren@hotmail.com | |