UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF VALERIA TACHIQUIN ALVARADO, et al., <br><br>　　　　　　　　　　Plaintiff, <br><br>v. <br><br>JUSTIN TACKETT, et al., <br><br>　　　　　　　　　　Defendants. | Case No.: 13cv1202-LL <br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** <br><br>**[ECF No. 216]** |

Currently before the Court is the Parties' Joint Motion to Dismiss [ECF No. 216]. Pursuant to the Parties' joint request, the Court **GRANTS** the joint motion. **IT IS HEREBY ORDERED** that the entire action, including all claims against all named Defendants, be **DISMISSED WITH PREJUDICE**, with each Party to bear their own costs. The Court retains jurisdiction to enforce this Minor's Compromise until the Minor Plaintiffs reach the age of majority.

**IT IS SO ORDERED.**

Dated: December 24, 2019

　　　　　　　　　　　　　　　　　　　　Honorable Linda Lopez
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

13cv1202-LL